**LEATHA M. FREEMAN v. JAMES T. VOCELLE, as Director of the State Beverage Department of the State of Florida.**

33 So. (2nd) 602                                                     January Term, 1948
January 23, 1948                                                     Division B

*Thomas H. Anderson,* for petitioner.

*Patton* and *Kanner,* for respondent.

PER CURIAM:

The answer to the question propounded is denied because the question does not come within the purview of Rule 38 of this Court.

THOMAS, C. J., BUFORD, ADAMS and BARNS, JJ., concur.